In the Matter of the Application of MYRA EDITH KEATON for Payment of an Award for Damage Parcel No. 42 on the Damage Map under the Decree of the Court in the Proceeding to Acquire Title by the City of New York to Certain Lands and Premises Consisting of a Block Bounded by Coney Island Avenue, Avenue Z, East Seventh Street and Manor Court, Borough of Brooklyn, Duly Selected as a Site for School Purposes According to Law.— Matter remitted to official referee to take further proof. The affidavit of the claimant is insufficient. If she cannot appear before the official referee her deposition in the usual form should be taken. Further, a county clerk's certificate that there are no judgment liens of record against the property should be submitted. Present — Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ.

In the Matter of the Application of BARBARA C. NELSON for the Payment of Award for Damage Parcel Number 6 in the Proceedings for the Acquiring Title by the City of New York to Certain Lands and Premises Situate on the Northerly Side of Copeland Avenue, between Montague and Griffith Avenues, Glendale, Borough of Queens, City of New York, Duly Selected as a Site for School Purposes According to Law.— Motion to direct payment of award granted. Order signed. Present — Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ.

In the Matter of the Application of BARBARA C. NELSON for the Payment of Award for Damage Parcel No. 6A in the Proceedings for the Acquiring Title by the City of New York to Certain Lands and Premises Situate on the Northerly Side of Copeland Avenue, between Montague and Griffith Avenues, Glendale, Borough of Queens, City of New York, Duly Selected as a Site for School Purposes According to Law.— Motion to direct payment of award granted. Order signed. Present — Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ.

SAMUEL KAPLAN, Appellant, v. FANNY BLOCH and Others, Respondents.— Motion to dismiss appeal for failure properly to file and serve a case on appeal as prescribed by rule 234 of the Rules of Civil Practice granted, with ten dollars costs, and appeal dismissed, with costs, unless, within ten days from the entry of the order herein, appellant file and serve a case on appeal as prescribed by said rule, in which case the motion is denied, with ten dollars costs to respondents. Present — Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ.

MARY E. KELLY, Substituted Plaintiff for BARNEY ZINICK, Appellant, v. DYKER HEIGHTS HOME BUILDING COMPANY, INC., and Others, Respondents, and CLINTON HALL REALTY CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ.

IGNATZ KRIPAITIS, Respondent, v. J. D. ENGINEERING CORPORATION and JACOB DAMES, Appellants. SIDNEY GONDELMAN, Defendant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for stay denied. Present — Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ.

EMELIA LISANTI, as Administratrix, etc., of FRANK LISANTI, Deceased, Respondent, v. WILLIAM F. KENNY Co., INC., Appellant.— Motion for stay to enable appellant to apply to the Court of Appeals for leave to appeal thereto granted. Present — Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ.